..

NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-1022

STATE OF LOUISIANA

VERSUS

DEMETRICK CURRY

**********
APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. C-3175
HONORABLE ERIC R. HARRINGTON, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Oswald A. Decuir, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

SENTENCE VACATED AND
REMANDED.

**Van H. Kyzar**
**District Attorney**
**R. Stuart Wright, Asst. District Attorney**
**10th Judicial District Court**
**P. O. Box 838**
**Natchitoches, LA 71458-0838**
**(318) 357-2214**
**Counsel for Appellee**
        **State of Louisiana**

**C. R. Whitehead, Jr.**
**Whitehead Law Offices**
**P. O. Box 697**
**Natchitoches, LA 71458-0697**
**(318) 352-6481**
**Counsel for Defendant/Appellant**
  **Demetrick Curry**

**Demetrick Curry**
**Pro Se**
**108 Amanda St.**
**Natchitoches, LA 71457**